Meryl Macklin (CA State Bar No. 115053)
HOLME ROBERTS & OWEN LLP
One Maritime Plaza, Suite 2400A
San Francisco, CA  94111-3404
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Attorneys for Plaintiff
Metallurgica GmbH & Co. KG

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| METALLURGICA GmbH & Co. KG<br>　　　　　Appellant,<br><br>　　　v.<br><br>NATIONAL REFRACTORIES & MINERALS CORPORATION<br>　　　　　Appellee. | CASE NO. C 05-01038<br><br>STIPULATION TO EXTEND TIME TO FILE APPELLANT'S BRIEF<br>AND ORDER THEREON |
|---|---|

　　　　Appellant METALLURGICA GmbH & Co. KG. ("Metallurgica") and Appellee NATIONAL REFRACTORIES & MINERALS CORPORATION (National") (collectively, the "Parties"), by and through their respective counsel of record, hereby move this Court pursuant to Northern District Civil Local Rules 6-1(b), 6-1 and 7-12 for an order extending the time for Appellant to file Appellant's Brief, which was due on June 3, 2005.

　　　　WHEREAS, the Parties have settled and now need time to complete the documentation of the settlement and to apply for Bankruptcy Court approval;

//
//
//
//

1
Title
Case Name
Case No.

#11807 v1

THEREFORE, the Parties agree and stipulate, subject to approval by the Court, that Metallurgica's Appellant's brief shall be due on August 2, 2005, Appellee's brief shall be due on August 22, 2005, and Appellant's reply brief shall be due on September 1, 2005.

Dated:  June 7, 2005                                    HOLME ROBERTS & OWEN LLP

                                                        By:              /s/
                                                            _____
                                                            Meryl Macklin

                                                            Attorneys for Appellant
                                                            METALLURGICA GMBH & CO. KG.

Dated:  June ___, 2005                                  GOLDBERG, STINNETT, MEYERS & DAVIS

                                                        By:              /s/
                                                            _____
                                                            Miriam Khatiblou

                                                            Attorneys for Appellee
                                                            NATIONAL REFRACTORIES & MINERALS
                                                            CORPORATION

SO ORDERED.

June 8__, 2005.

_____
      /s/ Maxine M. Chesney
Honorable Maxine M. Chesney
Judge, U.S. District Court

2
Title
Case Name
Case No.

#11807 v1