Meryl Macklin (CA State Bar No. 115053)
HOLME ROBERTS & OWEN LLP
One Maritime Plaza, Suite 2400A
San Francisco, CA 94111-3404
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Attorneys for Plaintiff
Metallurgica GmbH & Co. KG

*IT IS SO ORDERED*
*[signature] Judge Maxine M. Chesney*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| METALLURGICA GmbH & Co. KG<br>Appellant,<br><br>v.<br><br>NATIONAL REFRACTORIES & MINERALS CORPORATION<br>Appellee. | CASE NO. C 05-01038<br><br>STIPULATION FOR DISMISSAL |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action be and is hereby dismissed with prejudice.

Dated: 8-2, 2005

METALLURGICA GmbH & Co. KG

_____
Meryl Macklin
HOLME ROBERTS & OWEN LLP
Attorneys for Appellant

Dated: 8-2, 2005

NATIONAL REFRACTORIES
& MINERALS CORPORATION

_____
Miriam Khatiblou
GOLDEBERG, STINNETT, MEYERS
& DAVIS
Attorneys for Appellee

1
STIPULATION OF DISMISSAL
Metallurgica GMBH & Co.KG v. National Refractories & Minerals Corp.
Case No. C-05-01038

#12589 v1